# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **HARVEY R. LEXING, INDIVIDUALLY AND AS NEXT FRIEND OF THE MINOR (EML)** | * | **CIVIL ACTION NO. 17-1092** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **JOHN BEL EDWARDS IN HIS CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the motions to dismiss for lack of subject matter jurisdiction, or alternatively, for failure to state a claim upon which relief can be granted [Doc. Nos. 11, 12, & 13] filed by Defendants John Bel Edwards, Marketa Garner Walters, and Keesha Bordelon, in their official capacities, are **GRANTED**, and Plaintiff's official capacity claims against said Defendants for prospective declaratory and injunctive relief (including a stay) under federal law are hereby **DISMISSED WITHOUT PREJUDICE**. Fed.R.Civ.P. 12(b)(1).

**IT IS FURTHER ORDERED** that the motions to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted [Doc. Nos. 13, 17, & 19] filed by Defendants Keesha Bordelon, in her individual capacity; Albert E. Loomis, III; Mary Hamilton; and Anika Lashaye Carston are **GRANTED**, and Plaintiff's federal law claims

against said Defendants and those against Defendant Jo Caston, in her individual and official capacities are **DISMISSED WITH PREJUDICE**. Fed.R.Civ.P. 12(b)(6).

**IT IS FURTHER ORDERED** that Plaintiff's remaining state law claims are hereby **DISMISSED WITHOUT PREJUDICE**. 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that the alternative motion for more definite statement [Doc. Nos. 17 & 19] filed by Defendants Albert E. Loomis, III, Mary Hamilton, and Anika Lashaye Carston, is **DENIED**.

**IT IS FURTHER ORDERED** that, to the extent that Plaintiff moves to amend his Complaint, the motion is **DENIED** as futile in light of the Court's analysis.

Monroe, Louisiana, this 22nd day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE